# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2452

_____

Bouid Lee, suing as Mr. Lee,           *
                                     *
            Appellant,        *
                                     *

     v.                              *   Appeal from the United States
                                     *   District Court for the District
Minneapolis Public Schools;     *   of Minnesota.
Independent School District No. 1,  *
sued as Special School District    *       [UNPUBLISHED]
Number One; Dr. John Googins;    *
T. Factor; Kim Houle,            *
                                     *
            Appellees.        *

_____

Submitted:  October 17, 2003

Filed:   October 28, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Bouid Lee appeals the district court's[*] dismissal of Lee's civil complaint. Having carefully reviewed the record and the parties' submissions on appeal, we

_____

[*]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

conclude Lee's complaint was properly dismissed.  We thus affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.  We also deny all pending motions.

_____